**Order filed August 10, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00349-CV
_____

## IN THE INTEREST OF L.A.F.S., J.E.S., JR., AND J.J.S., CHILDREN

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2019-59876**

# O R D E R

This is an appeal from a judgment signed June 2, 2021. On July 20, 2021, this court ordered the father, one of the appellants in this appeal, to file a motion to extend time to file his notice of appeal, as well as an amended notice of appeal complying with the Texas Rules of Appellate Procedure, due to defects in the timing and the substance of his notice of appeal. This court further warned the father that if he did not file such documents within 10 days of that order's date, the court would consider dismissal of his appeal for want of jurisdiction. As of the date of this order, the father has not filed either a motion to extend time or an amended notice of appeal.

Accordingly, as the father has failed to file documents necessary to fully perfect his appeal with this court, the father is ordered **DISMISSED** from this appeal.


PER CURIAM


Panel Consists of Justices Wise, Bourliot, and Zimmerer.